Case No: **14-41293-JJR**

# UNITED STATES BANKRUPTCY COURT

| |
|---|
| **Northern District of Alabama** |

| | |
|---|---|
| In re: **Darcie Lea Raines** <br> **Gregory Brian Raines** | Case no: **14-41293-JJR** <br> Chapter: **13** |

| |
|---|
| Property Address: **277 Wilson Cir, Gadsden, AL 35901** <br> Last four of any number you use to identity the debtor's account: **3498** <br> Court Claim No. (if known). **11** |
| **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** |
| As contemplated by Fed. R. Bankr. Proc. 3002 <br><br> **Waterfall Victoria Grantor Trust II, Series G** <br><br> ("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **09/25/2019** and filed as Docket No. **252**. |
| **Pre-Petition Default Payments** |
| X Agrees that Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim <br><br> Total Amount Due:   $0.00 |
| **Post-Petition Default Payments** |
| X  Agrees that Debtor(s) is current with respect to all payments consistent with 1322(b)(5) of the Bankruptcy Code. <br><br> Total Amount Due:   $0.00 |

| |
|---|
| The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor. |

Case No: **14-41293-JJR**
# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this supplement applies.

__ I am the Creditor                X    I am the Creditor's authorized agent/counsel (attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

**/s/Amanda Beckett    October 14, 2019**
Signature                Date

Amanda Beckett
Title: Attorney for Creditor
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992

# CERTIFICATE OF SERVICE

I, Amanda Beckett of Rubin Lublin, LLC certify that on the 14th day of October, 2019, I caused a copy of the Response to Notice of Final Cure Payment to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Darcie Lea Raines,
277 Wilson Circle
Gadsden, AL 35901

Gregory Brian Raines,
277 Wilson Circle
Gadsden, AL 35901

John W Jennings, Jr, Esq.
111 South 10th Street
Gasden, AL 35901

Linda Baker Gore
P.O. Box 1338
Gadsden, AL 35902

Executed on 10/14/19
By:/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor